**AFFIDAVIT OF SPECIAL AGENT TIM TABER IN SUPPORT OF
APPLICATION FOR A CRIMINAL COMPLAINT**

I, Timothy Taber, being duly sworn, depose and state as follows:

**AGENT BACKGROUND**

1.      I am a Special Agent with the United States Department of Homeland Security, Homeland Security Investigations ("HSI"), and have been so employed since May 2018.  I have received formal training in conducting criminal investigations at the Federal Law Enforcement Training Center in Glynco, Georgia.  Prior to becoming a Special Agent with HSI, I was an Intelligence Analyst with the Federal Bureau of Investigation for approximately ten years, where I participated in a variety of investigations including violent gangs and drug trafficking.  In 2005, I graduated from Northeastern University with a bachelor's degree in criminal justice and from Suffolk University in 2006 with a master's degree in criminal justice.

2.      I am currently assigned to the HSI New England Document and Benefit Fraud Task Force ("DBFTF"), a specialized field investigative group comprised of personnel from various state, local, and federal agencies with expertise in detecting, deterring, and disrupting organizations and individuals involved in various types of document, identity, financial, and benefit fraud schemes.  As part of this task force, I am responsible for conducting investigations involving, but not limited to, the manufacturing, counterfeiting, alteration, sale, and use of identity documents and other fraudulent documents to evade law enforcement or for other criminal activity.  Due to my training and experience, as well as conversations with other law enforcement officers, I am familiar with the methods, routines, and practices of document counterfeiters, vendors, and persons who fraudulently obtain or assume false identities.

3.      I have participated in various aspects of investigations into the use and manufacture of fraudulent documents, including conducting physical surveillance, surveillance of controlled

1

purchases involving undercover agents and/or cooperating witnesses, the introduction of undercover agents, the execution of search warrants, the effecting of arrests, and the debriefing of defendants, informants, and witnesses.

## PURPOSE OF AFFIDAVIT

4.      Based on the facts set forth in this affidavit, I believe that probable cause exists to show that a particular subject living under a stolen identity (hereafter identified as John Doe, or "DOE") violated Title 7, U.S. Code § 2024 (b) (Illegal Acquisition or Use of Supplemental Nutrition Assistance Program (SNAP) Benefits); Title 18, U.S. Code § 641 (Theft of Government Property); and Title 18, U.S. Code § 1028A (Aggravated Identity Theft).   I believe DOE fraudulently assumed the identity of a particular United States citizen known to the government ("J.V.S.") and subsequently used the identity to fraudulently obtain government benefits.[1]

5.      This affidavit is based on my personal knowledge, information provided to me by analysts, investigators, and other federal agents, and my review of records described herein.  This affidavit is not intended to set forth all of the information that I have learned during this investigation but includes only the information necessary to establish probable cause for the requested criminal complaint and search warrants.

## PROBABLE CAUSE

### *Origin of Investigation*

6.      The Supplemental Nutrition Assistance Program ("SNAP") is a government benefit funded by the American taxpayer. Congress enacted SNAP to "promote the general welfare, to safeguard the health and well-being of the nation's population by raising levels of nutrition among

---

[1] J.V.S. is referred to by an acronym for privacy purposes, but his true identity is known to law enforcement.

low-income households." 7 U.S.C. § 2011.  USDA issues federal SNAP benefits through the states under federal/state agreements.  USDA funds all SNAP benefits and at least half of the SNAP administrative costs incurred by a state.  In Fiscal Year 2025, the USDA issued over $2.6 billion in SNAP benefits to Massachusetts.

7.     Individuals or families in Massachusetts who need SNAP benefits may apply for assistance through the Massachusetts Department of Transitional Assistance (DTA).  To qualify for SNAP in Massachusetts, the applicant must be a resident of Massachusetts, meet the financial eligibility requirements, and be a United States citizen or an eligible non-citizen, such as a Lawful Permanent Resident (LPR) who has earned, or can be credited with, 40 quarters of work.

8.     Massachusetts uses the electronic benefit transfer (EBT) system to administer SNAP benefits. The EBT system uses plastic debit cards, which are automatically credited with the recipient's appropriate amount of benefits during certain times of each month. To access benefits, the recipient presents the card at an authorized retailer's location. The card is swiped through an electronic terminal device which reads coded information on the card's magnetic strip. The transaction amount is deducted from the EBT card's balance and deposited into the retailer's account.

9.     In March 2023, Massachusetts DTA issued SNAP benefits to at least 664 identities simultaneously receiving SNAP benefits in Puerto Rico at the same time. In December 2024, Massachusetts DTA issued SNAP benefits to at least 495 identities simultaneously receiving SNAP benefits in Puerto Rico at the same time.

10.    In December 2024, the J.V.S. identity received SNAP benefits in Massachusetts and Puerto Rico simultaneously.  An identity receiving SNAP and other government benefits in more than one state simultaneously is an indicator of identity theft.

11.     Records for both the individual using the J.V.S. identity in Puerto Rico and the individual using that identity in Massachusetts indicate that J.V.S. was born in Puerto Rico. Law enforcement later obtained photographs of both individuals, and they do not appear to be the same person:



*Left:* J.V.S. (Source, Puerto Rico Department of Health)
*Right:* J.V.S. (Source, Massachusetts Registry of Motor Vehicles)

### *Victim Interview*

12.     Agents located the real J.V.S., who resides in Puerto Rico, and interviewed him by telephone. During the interview, he confirmed his name, date of birth, Social Security number, and the names of his parents. He stated that his father passed away approximately fourteen to fifteen years ago, but indicated that his mother is still living. This information was consistent with what investigators had been told earlier in the week by J.V.S.'s partner, A.P., who reported that J.V.S. was visiting his mother.  J.V.S. further stated that he has five siblings—two brothers and three sisters—and three adult children of his own.  He also sent investigators an image of his Social Security card, issued in Puerto Rico on May 23, 2014.

13.     J.V.S. stated that he had never resided in Massachusetts and had never applied for

SNAP benefits in the Commonwealth. He further denied ever obtaining a Massachusetts driver's license, which the individual residing in Massachusetts had obtained using his identity. After being sent an image of the person using his identity, J.V.S. stated that he did not recognize the individual.

### *Benefits Unlawfully Obtained by DOE in Massachusetts*

14. Massachusetts DTA records show that an individual posing as J.V.S. in Massachusetts (*i.e.*, DOE) submitted an application for SNAP benefits on or around August 9, 2017. On that application, that individual identified himself as J.V.S., using the date of birth xx-xx-1969 and SSN xxx-xx-6334—identifiers that match those of J.V.S. DOE submitted subsequent applications on or around August 4, 2018; September 12, 2019; January 8, 2020; April 20, 2022; February 12, 2024; and April 3, 2025, each time providing at least J.V.S.'s year of birth and the last four digits of his SSN.

15. Additionally, on March 30, 2023, the individual identifying himself as J.V.S (DOE) submitted a hand-signed recertification form, identifying himself as J.V.S. and affirming that the information he had provided the prior year remained accurate (Massachusetts DTA required a recertification in 2023 to streamline the process during the COVID-19 pandemic). The recertification form stated, among other things:

> I have read the entire form (or someone has read it for me in a language I understand), including the section on rights and responsibilities, and I understand that I must comply with these rules; the information I am giving is true and complete to the best of my knowledge; I could go to prison or be required to pay fines if I knowingly give wrong or incomplete information[.]

16. According to Massachusetts DTA records, from April 2022 through July 2025, DOE made $11,472.49 worth of purchases on the EBT card issued to the J.V.S. identity in Massachusetts. A picture of DOE using the EBT card at a Stop & Shop supermarket on July 12, 2025, along with his photograph on file with the Massachusetts DTA, follows:



*DOE's Criminal Record in the Victim's Name*

17.     Doe has accumulated an extensive criminal record in Massachusetts under the identity of J.V.S., including the following convictions:

a) <u>2001</u> – DOE was convicted of possession with intent to distribute a Class B substance.  He received probation, later violated probation, and was sentenced to three months' incarceration.

b) <u>2005</u> – DOE was convicted of possession of a Class B substance. He received a six-month suspended sentence, later violated probation, and was sentenced to six months' incarceration.

c) <u>2010</u> – DOE was convicted of distribution of a Class B substance and sentenced to eighteen months of probation. He later violated probation and was sentenced to incarceration for one year and one day.

d) <u>2012</u> – DOE was convicted of possession of a Class B controlled substance and resisting arrest.  He received a one-year suspended sentence.

e) <u>2014</u> – DOE was convicted of possession with intent to distribute a Class A substance.  He was initially sentenced to one year and six months of probation, later violated probation, and was sentenced to eighteen months' incarceration.

6

f) <u>2026</u> – DOE was convicted of possession to possession with intent to distribute a Class A substance (fentanyl).  He received a two-and-one-half-year suspended sentence, with 219 days' incarceration (deemed time served).

**CONCLUSION**

18.    Based on the foregoing, I submit that there is probable cause to believe that, between April 2022 and July 2025, DOE, posing as J.V.S., knowingly acquired $11,472.49 in Massachusetts SNAP benefits, in violation of 7 U.S.C. § 2024(b).

19.    I further submit that there is probable cause to believe that between April 2022 and July 2025, DOE, posing as J.V.S.. with a date of birth of xx-xx-1969 and SSN xxx-xx-6334, did embezzle, steal, or knowingly convert to his use any money and voucher of the United States or of any department or agency thereof, namely, $11,472.49 in SNAP benefits, in violation of 18 U.S.C. § 641.

20.    Finally, I submit that there is probable cause to believe that on or about July 12, 2025, DOE, posing as J.V.S., did knowingly transfer, possess, or use, during and in relation to any felony enumerated in 18 U.S.C. § 1028A(c), to wit, theft of United States government benefits, and without lawful authority, a means of identification of another person, namely, J.V.S., in violation of 18 U.S.C. § 1028A.

Sworn to under the pains and penalties of perjury.

_Timothy Taber /by Paul G. Levenson_

Special Agent Timothy Taber
Homeland Security Investigations


SWORN before me telephonically pursuant to Fed. R. Crim. P. 4.1(d)(3) this 15th day of June 2026.

HONORABLE PAUL G. LEVENSON
UNITED STATES MAGISTRATE JUDGE

8